*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellant,

v

MARCELLIS RAYIMONTE TINSLEY,

        Defendant-Appellee.

UNPUBLISHED
March 19, 2020

No. 346450
Wayne Circuit Court
LC No. 18-006627-01-FH

Before: RONAYNE KRAUSE, P.J., and K. F. KELLY and TUKEL, JJ.

RONAYNE KRAUSE, P.J., (*concurring*.)

      I concur in the result only.

                                      /s/ Amy Ronayne Krause

-1-